IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                              PLAINTIFF

v.                               Civil No. 10-3123

WAL-MART STORES, INC.                                                    DEFENDANT

### ORDER

David Stebbins submitted this *pro se* action for filing. The Clerk is directed to file the complaint. Plaintiff has also submitted an application to proceed *in forma pauperis* (IFP). The application is granted.

The Plaintiff has not alleged a basis for federal court jurisdiction in this case. The Federal Arbitration Act (FAA) does not itself bestow federal jurisdiction; Instead, there must be an independent jurisdictional base. *Hall St. Assocs, LLC v. Mattel, Inc.*, 552 U.S. 576 (2008). **Plaintiff is given until January 3, 2011, to file an amended complaint stating a basis for federal court jurisdiction.**

Plaintiff is further advised that he has an obligation to keep the Court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 16 day of December 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 17 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)