IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 2 0 2010

CHRIS R. JOHNSON, CLERK
BY
               DEPUTY CLERK

**DAVID STEBBINS**                                      **PLAINTIFF**

vs.                          10-3123

**WAL-MART STORES, INC.**                          **DEFENDANTS**

## MOTION TO REVOKE PREVIOUS MOTION

Comes now plaintiff David Stebbins, who respectfully moves to revoke my motion to confirm an arbitration award.

I am not giving up on this; I am merely aware, now, of what I must include. I only recently discovered 9 U.S.C. Section 13.

I have enclosed a replacement motion, which complies with that statute.

Sincerely,

David Stebbins

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

HARRISON DIVISION

**DAVID STEBBINS**                                                             **PLAINTIFF**

vs.

**WAL-MART STORES, INC.**                                        **DEFENDANTS**

## BRIEF IN SUPPORT OF MOTION

Comes now Plaintiff David Stebbins, who submits the following brief in support of his motion to confirm an arbitration award.

On the date of December 13, 2010, I was looking at Title 9 of the United States Code, and I found Section 13, which states that, to confirm my arbitration award, I need to include the following:

1. The arbitration agreement, and
2. The selection of an arbitration firm, and
3. The arbitration award.

I recklessly requested to withhold the nature of the arbitration award, and for that, I apologize. I have enclosed a motion to replace the revoked one, and this includes all the necessary information.

However, I must implore you to put your morality aside, in this case. I am willing to take no for an answer, but I am not willing to take "no, just because" for an answer. Before you deny this motion, please state, with particularity, the grounds upon which the motion is rejected. Furthermore, please do not point to nuances that do not make or break the case; remember, Rule 61 of the Federal Rules of Civil Procedure require you to disregard harmless errors, so, if you deny the motion because of some procedural nuance in the local rules, please make sure that it is not a *harmless* (emphasis added) error. Furthermore, even if you can find an opening with which to dismiss my case, you should also bear in mind the floodgates you would be opening.

Details of these "floodgates" can be found in my replacement brief, but here is brief (no pun

intended) summary of what I am talking about: Siding with me would not encourage these kinds of lawsuits. I think it will encourage caution. People should read emails before responding to them (details are in the brief). However, whereas siding with me will encourage caution, siding against me will encourage carelessness. Again, my replacement brief has details.

Sincerely,

David Stebbins

*/s/ David Stebbins*

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

