Notice to companies by David on Myspace  Page 2 of 4
pg 13
Case 3:10-cv-03123-RTD   Document 5-2   Filed 12/20/10   Page 1 of 2 PageID #: 37
Exhibit B



Shows
Friends
Comments
Badges

## David's Blog
New blog post Rss

Nov 8, 2010
### Notice to companies

My name is David Arsbone-Siebkens and I live in Harrison, AR. I am sending a link to this webpage to various companies to put you on notice if you contact me in any way, shape, or form, you hereby acknowledge that you have read, understand, and agree to be legally bound by the terms below.

[heavily scribbled out text]

You hereby agree that you, as well as any principal or employer that you are acting on behalf of, will actually attempt settle all legal disputes, even those not relating to this contract, by secret binding arbitration using the services of www.net-arb.com, where you are bound, but I am not.

**Springfield Criminal Atty**
Randol Wood - tough and aggressive defense of your criminal case
www.Wood.law.us

Ads by Google

http://www.myspace.com/fayettevillesdavid/blog/540490442                      12/14/2010

