pg 17



Exhibit E

**Response from Wal-Mart Stores, Inc. (Ref #000000259014152)**

Thank you for your message

Dear David

Thank you for your recent correspondence. Your message has reached the office that exclusively assists with customer-related matters. In order to obtain the best assistance with your associate-open door issue, we would suggest contacting your Market Manager, Linda Murphy at ☎ - (479) 621-9789❶ ). If he/she is not currently in the office, you may also speak to the Market Manager's assistant.

Sincerely,
Walmart Customer Care

For further correspondence regarding this issue, please reply to this email.

---Your Original Comments Were---

*** Walmart

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.