pg 18

YAHOO! MAIL

**net-ARB Registration Confirmation**

From: net-ARB.com <cs-tracker@net-...>    Add to Contacts
To: David Stebbins <stebbinsd@yahoo.com>

David Stebbins vs. Wal-Mart Stores, Inc.
Case No. 2952477
10/24/2010

Your registration for Case No. 2952477 is confirmed. We have just sent an email to the other party at "cstrngly@wal-mart.com" with a copy to you. If the other party's email address is not correct, please reply to this email with the corrected email address.

If you have not spoken with the other party yet about using net-ARB, we urge you to contact them immediately. People are much more receptive when they have notice that you are asking them to arbitrate. There is also a chance that if the other party is not expecting our email, it could be filtered or deleted without being read. Please remind them to enable emails from net-ARB.com and to check their spam folder if they have not already received our first email.

We invite you to visit the Arbitration Tips page on our website so that you can be better prepared for your hearing. You will receive status updates and further instructions when we hear from the other party.

Thank you for trusting net-ARB for your dispute resolution.

net-ARB Support
Online Arbitration

**Case Description**
Wal-Mart discriminated against me in employment, by asking me interview questions that have the disparate impact of discriminating against people with Asperger Syndrome (my disability), despite the questions having nothing to do with the jobs that I was applying for. They then retaliated against me when I announced my intent to sue them, and refused to consider any further applications of mine for that reason. Due to a contract that I have with Wal-Mart, I want $660,000,000,000.00 in damages.



Exhibit F

YOU COULD
GET UP TO
$1,000
WITHOUT
YOUR W-2

H&R BLOCK