pg 19



### netARB Case Status Update

Re: net-ARB Case No. 295247?

This is an automated message to let you know that we still have not heard from Wal-Mart Stores, Inc. We have just sent another notice to "csimply@wal-mart.com". You can help by contacting Wal-Mart Stores, Inc. yourself and discussing whether or not to go forward with arbitration. Also, please remind the other party to adjust their spam filter to enable emails from net-ARB and to check their spam folder if necessary, for the email we sent when you filed the case.

Please address any new information you have to: support@net-ARB.com

Thank you,
net-ARB Support

Exhibit 6