IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                        PLAINTIFF

VS.                    CASE NOS. 10-3086, 10-3123

WAL-MART STORES, INC.                                                 DEFENDANT

**O R D E R**

Plaintiff initiated two separate cases against Defendant, however, it appears to the Court that these matters involve common questions of fact and arise out of the same series of occurrences or transactions. Accordingly, the Court finds the matters should be consolidated for all future purposes, including trial. All future pleadings shall be filed under one case number, Case No. 10-3086, and Case No. 10-3123 is hereby DISMISSED.

IT IS SO ORDERED this 5th day of January, 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge